**LITE DEPALMA**
**GREENBERG & RIVAS, LLC**
ATTORNEYS AT LAW

TWO GATEWAY CENTER, 12TH FLOOR
NEWARK, NJ 07102

TEL: 973.623.3000
FAX: 973.623.0858
WWW.LDGRLAW.COM

April 20, 2009

**VIA ECF and HAND DELIVERED**

Honorable William J. Martini, U.S.D.J.
Martin Luther King Jr. Federal Bldg.
   & United States Courthouse
50 Walnut Street
Newark, NJ  07101

      Re:    **Rosemary Zavolta, on behalf of herself and all others similarly situated v. Lord, Abbett & Co. LLC and Lord Abbett Distributor LLC**
            **Civil Action No: 08-04546 ( WJM)(MF)**

Dear Judge Martini:

      This firm together with co-counsel represents Lead Plaintiff in the above referenced matter.  Please be advised that Lead Plaintiff's Opposition to Defendants' Motion to Dismiss is presently due on April 21, 2009.  Enclosed please find a Consent Order Extending Time to Oppose Defendants' Motion to Dismiss.  If same meet with Your Honor's approval, kindly enter the Consent Order and have it filed with the Clerk of the Court.

      We thank the Court for its attention to this matter.

                              Respectfully,

                              Jennifer Sarnelli

JS:cd
Enclosure
cc: All Counsel (via ECF)

206273 v1