UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ROSEMARIE ZAVOLTA,** *on behalf of herself and those similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>**LORD, ABBETT & CO. LLC, and LORD ABBETT DISTRIBUTOR LLC,**<br><br>Defendants. | CIVIL ACTION NUMBER:<br>2:08-CV-04546<br><br><br>ORDER<br><br><br>HON. WILLIAM J. MARTINI |

### ORDER

For the reasons elaborated in the memorandum opinion filed on February 24, 2010, and because no new complaint was filed by Plaintiffs within 30 days from the entry of this Court's February 24, 2010 order,

**IT IS** on this 29 day of March, 2010,

**ORDERED** that Defendants' motion to dismiss is **GRANTED** in all respects, and this action **TERMINATED.**

William J. Martini, U.S.D.J.